**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KEVIN A. SMITH,

                Plaintiff,

  -against-                                   24 **CIVIL** 4961 (KMW)

                                                      **JUDGMENT**

WESTHAB TRAVERSE HOUSE, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 4, 2025, the Court has dismissed Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has declined to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York
            June 5, 2025

                                                             **TAMMI M. HELLWIG**

                                                                     **Clerk of Court**

                                        **BY:**        *K. Mango*

                                                                    **Deputy Clerk**